TEXACO, INC. v. DIRECTOR, DIVISION OF TAXATION.

June 3, 1986.

Petition for certification granted. (See 208 *N.J.Super.* 201)